1  JAMES DAL BON
   CA BAR #157942
   LAW OFFICES OF JAMES DAL BON
2  28 NORTH 1ST STREET SUITE 210
   SAN JOSE, CA 95113
3  (408)297-4279

4
   ATTORNEY FOR PLAINTIFFS
5



FILED
MAR 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

6           UNITED STATES DISTRICT COURT

7                    FOR THE

8           NORTHERN DISTRICT OF CALIFORNIA

9  JESUS MARTINEZ MENDOZA, JAVIER    ) Case No:
                                     )
10 CABRERA, AURELIANO FLORES         ) DEMAND FOR JURY TRIAL
                                     )
11        Plaintiffs,                )
                                     )
12        vs.                        )
                                     )
13 JOHN W VOJTECH, CBC FRAMING, INC.,)
                                     )
14 A CALIFORNIA CORPORATION AND      )
                                     )
15 DOES 1-10                         )
                                     )
16        Defendants                 )

17 Plaintiffs demand a jury trial.

18

19

20

21
                                          JAMES DAL BON
22                                        Law Offices of James Dal Bon
                                          28 North First St, Suite 210
23                                        San Jose, CA 95113

24

25

COMPLAINT - 10