1  ATKINSON, ANDELSON, LOYA, RUUD & ROMO
   A Professional Corporation
2  Steven D. Atkinson            State Bar No. 59094
   Mark T. Palin                 State Bar No. 135398
3  Christopher S. Milligan       State Bar No. 211532
   17871 Park Plaza Drive
4  Cerritos, California 90703-8597
   Telephone: (562) 653-3200 • (714) 826-5480
5  Facsimile: (562) 653-3333

6  Attorneys for Defendants CBC
   FRAMING, INC. and JOHN VOJTECH
7

8             **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10

11 JESUS MARTINEZ MENDOZA,          CASE NO.:    C08 01675 HRL
   JAVIER CABRERA, AURELIANO
12 FLORES,                          **JOINT STIPULATION TO
                                    EXTEND TIME FOR
13              Plaintiff,          DEFENDANTS TO RESPOND TO
                                    PLAINTIFFS' COMPLAINT**
14 vs.

15 JOHN W. VOJTECH, CBC FRAMING,
   INC., A CALIFORNIA
16 CORPORATION AND DOES 1-10,

17              Defendant.

18

19

20

21

22

23

24

25 ///

26 ///

27 ///

28

───────────────────────────────────────────

JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND
TO PLAINTIFFS' COMPLAINT

1      **IT IS HEREBY STIPULATED** by and between Plaintiffs JESUS

2   MARTINEZ MENDOZA, and JAVIER CABRERA ("Plaintiffs") and Defendants

3   CBC FRAMING, INC. and JOHN W. VOJTECH ("Defendants"), by and through

4   their respective attorneys of record, that Defendants shall have up through and

5   including June 24, 2008 to respond to Plaintiff's Complaint for Damages and

6   Demand for Jury Trial ("Complaint") in this matter.

7      This is the first extension sought, will not result in prejudice to the parties,

8   and is not entered into for purposes of delay.

9      **IT IS SO STIPULATED.**

10   DATED: May 22, 2008

11                                      LAW OFFICES OF JAMES DAL BON

12

13                                      By: _____

14                                          James Dal Bon
                                             Attorneys for Plaintiffs

15   DATED: May 22, 2008

16                                      ATKINSON, ANDELSON, LOYA, RUUD &
                                         ROMO

17

18                                      By: _____

19                                          Mark T. Palin
                                             Christopher S. Milligan
20                                          Attorneys for Defendants CBC
                                             FRAMING, INC. and JOHN VOJTECH
21

22

23

24

25

26

27

28

-2-

JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND
TO PLAINTIFFS' COMPLAINT

908444.00011/922799v1

**PROOF OF SERVICE**
(Code Civ. Proc. § 1013a(3))

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 17871 Park Plaza Drive, Suite 200, Cerritos, CA 90703-8597.

On **May 23, 2008**, I served the following document(s) described as * **Joint Stipulation to Extend Time for Defendant to Respond to Plaintiffs' Complaint** * on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

James Dal Bon                              Tel:    408/297-4729
Law Offices of James Dal Bon              Fax:    408/297-4728
28 North 1st , Suite 210
San Jose, CA  95113                        Attorney For Plaintiffs

☒    **BY MAIL:**  I am readily familiar with the firm's practice of collection and processing correspondence for mailing. The envelope(s) was deposited with the U.S. postal service that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐    **BY OVERNIGHT COURIER:** I sent such document(s) on the date indicated above via Overnite Express, fully prepaid at Cerritos, California.

☐    **BY FAX:** I sent such document by use of facsimile machine telephone number 562/653-3333 to the recipients' facsimile number indicated above, pursuant to CRC Rule 2008(e). The facsimile machine I used complied with California Rules of Court Rule 2003(3) and no error was reported by the machine.

☐    **BY PERSONAL SERVICE:** I ordered delivery of such envelope by hand to the offices of the addressee(s).

☐    **BY EMAIL:** I sent such document by use of electronic mail to the above email address(es) on the date indicated above.  (CCP § 1013(a))  Such document was scanned and emailed, without error, to such recipient whose e-address is indicated above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 23, 2008, at Cerritos, California.

Janice Yasuda

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 PARK PLAZA DRIVE
CERRITOS, CALIFORNIA 90703-8597
TELEPHONE: (562) 653-3200 • (714) 826-5480
FACSIMILE: (562) 653-3333

008444.00011/913830v1