*E-Filed 5/28/08*

| | |
|---|---|
| ATKINSON, ANDELSON, LOYA, RUUD & ROMO | |
| A Professional Corporation | |
| Steven D. Atkinson | State Bar No. 59094 |
| Mark T. Palin | State Bar No. 135398 |
| Christopher S. Milligan | State Bar No. 211532 |
| 17871 Park Plaza Drive | |
| Cerritos, California 90703-8597 | |
| Telephone: (562) 653-3200 • (714) 826-5480 | |
| Facsimile: (562) 653-3333 | |

Attorneys for Defendants CBC FRAMING, INC. and JOHN VOJTECH

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS MARTINEZ MENDOZA, JAVIER CABRERA, AURELIANO FLORES, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN W. VOJTECH, CBC FRAMING, INC., A CALIFORNIA CORPORATION AND DOES 1-10, <br><br> Defendant. | CASE NO.:  C08 01675 HRL <br><br> **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT** |

///

///

///

008444.00011/922799v1

JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT

1      **IT IS HEREBY STIPULATED** by and between Plaintiffs JESUS MARTINEZ MENDOZA, and JAVIER CABRERA ("Plaintiffs") and Defendants CBC FRAMING, INC. and JOHN W. VOJTECH ("Defendants"), by and through their respective attorneys of record, that Defendants shall have up through and including June 24, 2008 to respond to Plaintiff's Complaint for Damages and Demand for Jury Trial ("Complaint") in this matter.

    This is the first extension sought, will not result in prejudice to the parties, and is not entered into for purposes of delay.

**IT IS SO STIPULATED.**

DATED: May 22, 2008

LAW OFFICES OF JAMES DAL BON

By: _____
James Dal Bon
Attorneys for Plaintiffs

DATED: May 22, 2008

ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: _____
Mark T. Palin
Christopher S. Milligan
Attorneys for Defendants CBC FRAMING, INC. and JOHN VOJTECH



IT IS SO ORDERED
Judge Howard R. Lloyd

Dated 5/28/08

-2-
JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT