1  ATKINSON, ANDELSON, LOYA, RUUD & ROMO
   A Professional Corporation
2  Steven D. Atkinson        State Bar No. 59094
   Mark T. Palin             State Bar No. 135398
3  Christopher S. Milligan   State Bar No. 211532
   17871 Park Plaza Drive
4  Cerritos, California 90703-8597
   Telephone: (562) 653-3200 • (714) 826-5480
5  Facsimile: (562) 653-3333

6  Attorneys for Defendants CBC
   FRAMING, INC. and JOHN VOJTECH
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 JESUS MARTINEZ MENDOZA,           CASE NO.:   C08 01675 HRL
   JAVIER CABRERA, AURELIANO
12 FLORES,                           JOINT STIPULATION TO
                                     EXTEND TIME FOR
13             Plaintiff,            DEFENDANTS TO RESPOND TO
                                     PLAINTIFFS' COMPLAINT;
14 vs.                               [PROPOSED] ORDER THEREON

15 JOHN W. VOJTECH, CBC FRAMING,
   INC., A CALIFORNIA
16 CORPORATION AND DOES 1-10,

17             Defendant.

18
19
20
21
22
23
24
25 ///
26 ///
27 ///
28

---

JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND
TO PLAINTIFFS' COMPLAINT

008444.00011/946323v1

1  **IT IS HEREBY STIPULATED** by and between Plaintiffs JESUS MARTINEZ MENDOZA, and JAVIER CABRERA ("Plaintiffs") and Defendants CBC FRAMING, INC. and JOHN W. VOJTECH ("Defendants"), by and through their respective attorneys of record, that Defendants shall have up through and including July 8, 2008 to respond to Plaintiffs' Complaint for Damages and Demand for Jury Trial ("Complaint") in this matter.

This is the second extension sought, will not result in prejudice to the parties, and is not entered into for purposes of delay.

**IT IS SO STIPULATED.**

DATED: June 23, 2008

LAW OFFICES OF JAMES DAL BON

By: _/s/ James Dal Bon_
Digitally signed by James Dal Bon
Date: 2008.06.23 16:54:31 -07'00'
James Dal Bon
Attorneys for Plaintiffs

DATED: June 24, 2008

ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: _____
Mark T. Palin
Christopher S. Milligan
Attorneys for Defendants CBC FRAMING, INC. and JOHN VOJTECH

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: _____          _____
                                U.S. DISTRICT COURT JUDGE

-2-
JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT

**PROOF OF SERVICE**
(Code Civ. Proc. § 1013a(3))

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 17871 Park Plaza Drive, Suite 200, Cerritos, CA 90703-8597.

On **June 24, 2008**, I served the following document(s) described as * **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT; [PROPOSED] ORDER THEREON** * on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Hon. Howard A. Lloyd (CR "2")<br>USDC - Northern California<br>280 S. First Street, #2112<br>San Jose, CA  95113-3008 | CHAMBER'S COPY-Do Not File<br>CASE NO.:  5:08-cv-01675 HRL<br>Assigned:  Hon. Howard A. Lloyd<br>Courtroom: "2"<br>E-Filed on:  6-24-08 |

☒ **BY OVERNIGHT COURIER:** A *COURTESY COPY* of the electronically filed document was sent via Overnite Express to the Chambers of Hon. Howard A. Lloyd (CR2) of the USDC, Northern California, fully prepaid at Cerritos, California.

☒ **BY EMAIL: The court electronically serves e-filed documents automatically on the parties (as reflected on the Notice of Electronic filing confirmation sheet).**

| | |
|---|---|
| James Dal Bon<br>Law Offices of James Dal Bon<br>28 North 1st, Suite 210<br>San Jose, CA  95113 | Tel:   408/297-4729<br>Fax:   408/297-4728<br><br>Attorney For Plaintiffs |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 24, 2008, at Cerritos, California.

_Janice Yasuda_

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 PARK PLAZA DRIVE
CERRITOS, CALIFORNIA 90703-8597
TELEPHONE: (562) 653-3200 • (714) 826-5480
FACSIMILE: (562) 653-3333

008444.00011/913830v1