*E-filed 06/27/08*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESUS MARTINEZ MENDOZA, JAVIER CABRERA, AURELIANO FLORES,<br><br>    Plaintiffs,<br><br>    v.<br><br>JOHN W. VOJTECH, CBC FRAMING, INC. A CALIFORNIA CORPORATION AND DOES 1-10,<br><br>    Defendants.<br>_____/ | Case No. C08-01675  HRL<br><br>**CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE** |

PLEASE TAKE NOTICE THAT the Case Management Conference set for July 15, 2008 is continued to **July 22, 2008 at 1:30 pm** (Courtroom 2, 5th floor of the United States District Court, San Jose) in order to allow time for defendants to respond to the complaint. The parties' joint case management conference statement shall be filed no later than **July 15, 2008**.

Dated:    06/27/08                                          /s/  MPK
                                                                     Chambers of Magistrate Judge Howard R. Lloyd

1  THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

2  James Dal Bon jdblaw@earthlink.net
3  Christopher S. Milligen cmilligan@aalrr.com

4  *Counsel are responsible for providing copies to co-counsel who have not registered for e-filing.
5

6  Dated: 06/27/08

7                                  /s/  MPK
8                             Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California

2