United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

Mendoza,

Plaintiff(s),

v.

Vojtech,

Defendant(s).

08-01675 HRL

**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER**

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

United States District Court
Northern District of California

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur before the Case Management Conference.

Dated: July 3, 2008

RICHARD W. WIEKING
Clerk
by: Timothy J. Smagacz

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**PROOF OF SERVICE**

Case Name: Mendoza v. Vojtech

Case Number: 08-01675 HRL

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

ADR Program
United States District Court
Norther District of California
450 Golden Gate Avenue Floor 16
San Francisco, CA 94102

On July 3, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

James Dal Bon
The Law Offices of James Dal Bon
28 North 1st Street
Suite 210
San Jose, CA 95113
jdblaw@earthlink.net

Christopher S. Milligan
Atkinson Andelson Loya Ruud & Romo
17871 Park Plaza Drive, Suite 200
A Professional Corporation
Cerrito, CA 90703-8597
cmilligan@aalrr.com

Steven D. Atkinson
Atkinson Andelson Loya Ruud & Romo
17871 Park Plaza Drive
A Professional Corporation
Cerritos, CA 90703-2263

Mark Thomas Palin

Atkinson Andelson Loya Ruud & Romo
17871 Park Plaza Dr #200
Cerritos, CA 90703-8597

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 3, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by: Timothy J. Smagacz

Timothy Smagacz

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov