1  Mark T. Palin, SBN 135398
2  Christopher S. Milligan, SBN 211532
3  Atkinson, Andelson, Loya, Ruud & Romo
4  17871 Park Plaza Drive, Suite 200
5  Cerritos CA 90703
6  Tel: (562) 653-3200; Fax: (562) 653-3333
7  Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS MARTINEZ MENDOZA, JAVIER CABRERA, AURELIANO FLORES,<br>Plaintiff,<br>v.<br>JOHN W. VOJTECH, CBC FRAMING, INC., A CALIFORNIA CORPORATION AND DOES 1-10,<br>Defendant. | No. C08 01675 HRL<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: July 7, 2008

_____
Signature
Christopher S. Milligan
Counsel for Defendants
(Name or party or indicate "pro se")

American LegalNet, Inc.
www.FormsWorkflow.com

**PROOF OF SERVICE**
(Code Civ. Proc. § 1013a(3))

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 17871 Park Plaza Drive, Suite 200, Cerritos, CA 90703-8597.

On **July 7, 2008**, I served the following document(s) described as * **Consent to Proceed before a United States Magistrate Judge** * on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Hon. Howard A. Lloyd (CR "2") <br> USDC - Northern California <br> 280 S. First Street, #2112 <br> San Jose, CA 95113-3008 | CHAMBER'S COPY-Do Not File <br> CASE NO.: 5:08-cv-01675 HRL <br> Assigned: Hon. Howard A. Lloyd <br> Courtroom: "2" <br> E-Filed on: 7/7/08 |

☒ **BY OVERNIGHT COURIER:** A *COURTESY COPY* of the electronically filed document was sent via Overnite Express to the Chambers of Hon. Howard A. Lloyd (CR2) of the USDC, Northern California, fully prepaid at Cerritos, California.

☒ **BY EMAIL: The court electronically serves e-filed documents automatically on the parties (as reflected on the Notice of Electronic filing confirmation sheet).**

| | |
|---|---|
| James Dal Bon <br> Law Offices of James Dal Bon <br> 28 North 1st, Suite 210 <br> San Jose, CA 95113 | Tel: 408/297-4729 <br> Fax: 408/297-4728 <br><br> Attorney For Plaintiffs |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 7, 2008, at Cerritos, California.

Janice Yasuda

008444.00011/913830v1