ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Steven D. Atkinson          State Bar No. 59094
Mark T. Palin               State Bar No. 135398
Christopher S. Milligan     State Bar No. 211532
17871 Park Plaza Drive
Cerritos, California 90703-8597
Telephone: (562) 653-3200 • (714) 826-5480
Facsimile: (562) 653-3333

Attorneys for Defendants CBC
FRAMING, INC. and JOHN VOJTECH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS MARTINEZ MENDOZA, JAVIER CABRERA, AURELIANO FLORES, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN W. VOJTECH, CBC FRAMING, INC., A CALIFORNIA CORPORATION AND DOES 1-10, <br><br> Defendant. | CASE NO.:    CV 08-01675 HRL <br><br> **DEFENDANT CBC FRAMING, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: July 8, 2008

ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: _____
Steven D. Atkinson
Mark T. Palin
Christopher S. Milligan
Attorneys for Defendants CBC
FRAMING, INC. and JOHN VOJTECH