1  ATKINSON, ANDELSON, LOYA, RUUD & ROMO
   A Professional Corporation
2  Steven D. Atkinson          State Bar No. 59094
   Mark T. Palin               State Bar No. 135398
3  Christopher S. Milligan     State Bar No. 211532
   17871 Park Plaza Drive
4  Cerritos, California 90703-8597
   Telephone: (562) 653-3200 • (714) 826-5480
5  Facsimile: (562) 653-3333

6  Attorneys for Defendants CBC
   FRAMING, INC. and JOHN VOJTECH
7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10

11 JESUS MARTINEZ MENDOZA,            CASE NO.:      CV 08-01675 HRL
   JAVIER CABRERA, AURELIANO
12 FLORES,                            **DEFENDANT JOHN W.
                                      VOJTECH'S ANSWER TO
13              Plaintiffs,           PLAINTIFFS' UNVERIFIED
                                      COMPLAINT FOR DAMAGES;
14 vs.                               DEMAND FOR JURY TRIAL**

15 JOHN W. VOJTECH, CBC FRAMING,
   INC., A CALIFORNIA
16 CORPORATION AND DOES 1-10,

17              Defendant.

18

19

20       COMES NOW Defendant JOHN W. VOJTECH ("Defendant"), erroneously

21 sued herein as JOHN W. VOJTECH, dba CBC FRAMING, INC., answering for

22 himself and no other party to Plaintiffs JESUS MARTINEZ MENDOZA, JAVIER

23 CABRERA, and AURELIANO FLORES's ("Plaintiff") Complaint for Damages

24 (the "Complaint") as follows:

25                      **NATURE OF CLAIM**

26       Answering this initial paragraph, Defendant denies that Plaintiffs are owed

27 overtime under either the Fair Labor Standards Act or the California Wage Orders

28 and statutes, or that he is liable for any unpaid wages, damages, liquidated

DEFENDANT JOHN W. VOJTECH'S ANSWER TO PLAINTIFFS'
UNVERIFIED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 PARK PLAZA DRIVE
CERRITOS, CALIFORNIA 90703-8597
TELEPHONE: (562) 653-3200 • (714) 826-5480
FACSIMILE: (562) 653-3333

1  damages, penalties, attorneys' fees, costs, prejudgment interest and/or restitution

2  to Plaintiffs.    Except as expressly alleged herein, Defendant lacks sufficient

3  information and belief to admit or deny the remaining allegations contained in this

4  paragraph, and on that basis, denies both generally and specifically the allegations

5  contained in said paragraph.

## PARTIES

7      1.    Answering paragraph 1 of the Complaint, Defendant lacks sufficient

8  information and belief to admit or deny the allegations contained in paragraph 1,

9  and on that basis, denies both generally and specifically the allegations contained

10  in said paragraph.

11      2.    Answering paragraph 2 of the Complaint, Defendant lacks sufficient

12  information and belief to admit or deny the allegations contained in paragraph 1,

13  and on that basis, denies both generally and specifically the allegations contained

14  in said paragraph.

15      3.    Answering paragraph 3 of the Complaint, Defendant lacks sufficient

16  information and belief to admit or deny the allegations contained in paragraph 1,

17  and on that basis, denies both generally and specifically the allegations contained

18  in said paragraph.

19      4.    Answering paragraph 4 of the Complaint, Defendant lacks sufficient

20  information and belief to admit or deny the remaining allegations contained in said

21  paragraph, and on that basis, denies both generally and specifically the allegations

22  contained in said paragraph.

23      5.    Answering paragraph 5 of the Complaint, Defendant alleges he is

24  President of CBC Framing, Inc.  Except as expressly alleged herein, Defendant

25  lacks sufficient information and belief to admit or deny the remaining allegations

26  contained in said paragraph, and on that basis, denies both generally and

27  specifically the allegations contained in said paragraph.

28      6.    Answering paragraph 6 of the Complaint, Defendant alleges that he is

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 PARK PLAZA DRIVE
CERRITOS, CALIFORNIA 90703-8597
TELEPHONE: (562) 653-3200 • (714) 826-5480
FACSIMILE: (562) 653-3333

009318.00011/125956v1

DEFENDANT JOHN W. VOJTECH'S ANSWER TO PLAINTIFFS'
UNVERIFIED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

1  President of CBC Framing, Inc.  Except as expressly alleged herein, Defendant
2  lacks sufficient information and belief to admit or deny the remaining allegations
3  contained in said paragraph, and on that basis, denies both generally and
4  specifically the allegations contained in said paragraph.

5  **VENUE**

6  7.    Answering paragraph 7 of the Complaint, Defendant lacks sufficient
7  information and belief to admit or deny the allegations contained in paragraph 7,
8  and on that basis, denies both generally and specifically the allegations contained
9  in said paragraph.

10  **GENERAL ALLEGATIONS**

11  8.    Answering paragraph 8 of the Complaint, Defendant alleges that
12  Plaintiffs are former employees of Defendant CBC Framing, Inc.  Except as
13  expressly alleged herein, Defendant lacks sufficient information and belief to
14  admit or deny the remaining allegations contained in said paragraph, and on that
15  basis, denies both generally and specifically the allegations contained in said
16  paragraph.

17  9.    Answering paragraph 9 of the Complaint, Defendant denies both
18  generally and specifically the allegations contained in said paragraph.

19  10.    Answering paragraph 10 of the Complaint, Defendant denies both
20  generally and specifically the allegations contained in said paragraph.

21  11.    Answering paragraph 11 of the Complaint, Defendant lacks sufficient
22  information and belief to admit or deny the remaining allegations contained in said
23  paragraph, and on that basis, denies both generally and specifically the allegations
24  contained in said paragraph.

25  12.    Answering paragraph 12 of the Complaint, Defendant lacks sufficient
26  information and belief to admit or deny the remaining allegations contained in said
27  paragraph, and on that basis, denies both generally and specifically the allegations
28  contained in said paragraph.

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 PARK PLAZA DRIVE
CERRITOS, CALIFORNIA 90703-8597
TELEPHONE: (562) 653-3200 • (714) 826-5480
FACSIMILE: (562) 653-3333

-3-

DEFENDANT JOHN W. VOJTECH'S ANSWER TO PLAINTIFFS'
UNVERIFIED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

## COUNT ONE: VIOLATION OF CA LABOR CODE SECTION § 510
## FAILURE TO PROPERLY PAY OVERTIME WAGES

13. Answering paragraph 13 of the Complaint, Defendant makes reference to all of its prior answers to each and every paragraph incorporated by reference in paragraph 13 of the Complaint, and by this reference incorporates the same herein as though set forth in full.

14. Answering paragraph 14 of the Complaint, Defendant alleges that Labor Code § 501 [sic] speaks for itself and is the best evidence of its contents. Except as expressly alleged herein, Defendant lacks sufficient information and belief to admit or deny the remaining allegations contained in said paragraph, and on that basis, denies both generally and specifically the allegations contained in said paragraph.

15. Answering paragraph 15 of the Complaint, Defendant denies both generally and specifically the allegations contained in said paragraph.

16. Answering paragraph 16 of the Complaint, Defendant alleges that Labor Code § 1194 speaks for itself and is the best evidence of its contents. Except as expressly alleged herein, Defendant lacks sufficient information and belief to admit or deny the remaining allegations contained in said paragraph, and on that basis, denies both generally and specifically the allegations contained in said paragraph.

17. Answering paragraph 17 of the Complaint, Defendant denies both generally and specifically the allegations contained in said paragraph.

18. Answering paragraph 18 of the Complaint, Defendant denies that he owes Plaintiffs any unpaid wages. Except as expressly alleged herein, Defendant lacks sufficient information and belief to admit or deny the remaining allegations contained in said paragraph, and on that basis, denies both generally and specifically the allegations contained in said paragraph.

19. Answering paragraph 19 of the Complaint, Defendant alleges that

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 PARK PLAZA DRIVE
CERRITOS, CALIFORNIA 90703-8597
TELEPHONE: (562) 653-3200 • (714) 826-5480
FACSIMILE: (562) 653-3333

DEFENDANT JOHN W. VOJTECH'S ANSWER TO PLAINTIFFS'
UNVERIFIED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

1  Labor Code §§ 510 and 1194 speak for themselves and are the best evidence of
2  their respective contents.  Except as expressly alleged herein, Defendant denies
3  both generally and specifically the allegations contained in said paragraph.

4      20.    Answering paragraph 20 of the Complaint, Defendant alleges that
5  Labor Code § 1194 speaks for itself and is the best evidence of its contents.
6  Defendant further denies that Plaintiffs are entitled to attorneys' fees and/or costs
7  in this action.  Except as expressly alleged herein, Defendant lacks sufficient
8  information and belief to admit or deny the remaining allegations contained in said
9  paragraph, and on that basis, denies both generally and specifically the allegations
10  contained in said paragraph.

## COUNT TWO: VIOLATION OF THE FAIR LABOR STANDARDS ACT
## FAILURE TO PROPERLY PAY OVERTIME WAGES

13      21.    Answering paragraph 21 of the Complaint, Defendant makes
14  reference to all of its prior answers to each and every paragraph incorporated by
15  reference in paragraph 21 of the Complaint, and by this reference incorporates the
16  same herein as though set forth in full.

17      22.    Answering paragraph 22 of the Complaint, Defendant alleges that the
18  provisions of the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 201, et
19  seq., speak for themselves and are the best evidence of their respective contents.
20  Except as expressly alleged herein, Defendant lacks sufficient information and
21  belief to admit or deny the remaining allegations contained in said paragraph, and
22  on that basis, denies both generally and specifically the allegations contained in
23  said paragraph.

24      23.    Answering paragraph 23 of the Complaint, Defendant alleges that 29
25  U.S.C. § 207, speaks for itself and is the best evidence of its contents.  Except as
26  expressly alleged herein, Defendant lacks sufficient information and belief to
27  admit or deny the remaining allegations contained in said paragraph, and on that
28  basis, denies both generally and specifically the allegations contained in said

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 PARK PLAZA DRIVE
CERRITOS, CALIFORNIA 90703-8597
TELEPHONE: (562) 653-3200 • (714) 826-5480
FACSIMILE: (562) 653-3333

-5-

DEFENDANT JOHN W. VOJTECH'S ANSWER TO PLAINTIFFS'
UNVERIFIED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 PARK PLAZA DRIVE
CERRITOS, CALIFORNIA 90703-8597
TELEPHONE: (562) 653-3200 • (714) 826-5480
FACSIMILE: (562) 653-3333

1  paragraph.

2     24.   Answering paragraph 24 of the Complaint, Defendant denies that

3  Plaintiffs regularly worked in excess of forty hours per week or that he owes

4  Plaintiffs any alleged unpaid wages.   Except as expressly alleged herein,

5  Defendant lacks sufficient information and belief to admit or deny the remaining

6  allegations contained in said paragraph, and on that basis, denies both generally

7  and specifically the allegations contained in said paragraph.

8     25.   Answering paragraph 25 of the Complaint, Defendant denies both

9  generally and specifically the allegations contained in said paragraph.

10    26.   Answering paragraph 26 of the Complaint, Defendant denies both

11  generally and specifically the allegations contained in said paragraph.

12    27.   Answering paragraph 27 of the Complaint, Defendant alleges that 29

13  U.S.C. § 216(b), speaks for itself and is the best evidence of its contents.  Except

14  as expressly alleged herein, Defendant denies both generally and specifically the

15  allegations contained in said paragraph.

16    28.   Answering paragraph 28 of the Complaint, Defendant denies both

17  generally and specifically the allegations contained in said paragraph.

18    29.   Answering paragraph 29 of the Complaint, Defendant alleges that 29

19  U.S.C. § 216(b), speaks for itself and is the best evidence of its contents.  Except

20  as expressly alleged herein, Defendant denies both generally and specifically the

21  allegations contained in said paragraph.

22              **COUNT THREE: VIOLAITON [SIC] OF CA LABOR**

23                          **CODE SECTION 201**

24   **FAILURE TO PAY WAGES DUE AND "WAITING TIME" PENALTIES**

25    30.   Answering paragraph 30 of the Complaint, Defendant makes

26  reference to all of its prior answers to each and every paragraph incorporated by

27  reference in paragraph 30 of the Complaint, and by this reference incorporates the

28  same herein as though set forth in full.

009318.00011/125956v1

DEFENDANT JOHN W. VOJTECH'S ANSWER TO PLAINTIFFS'
UNVERIFIED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

31.    Answering paragraph 31 of the Complaint, Defendant denies both generally and specifically the allegations contained in said paragraph.

32.    Answering paragraph 32 of the Complaint, Defendant alleges that Labor Code §§ 201 and 203, speak for themselves and are the best evidence of their respective contents. Except as expressly alleged herein, Defendant denies both generally and specifically the allegations contained in said paragraph.

33.    Answering paragraph 33 of the Complaint, Defendant denies both generally and specifically the allegations contained in said paragraph.

34.    Answering paragraph 34 of the Complaint, Defendant alleges that Labor Code § 218.5 speaks for itself and is the best evidence of its contents. Except as expressly alleged herein, Defendant denies both generally and specifically the allegations contained in said paragraph.

35.    Answering paragraph 35 of the Complaint, Defendant alleges that Labor Code § 218.6 speaks for itself and is the best evidence of its contents. Defendant further denies that Plaintiffs are owed any alleged unpaid wages and therefore denies that Plaintiffs are entitled to an award of interest. Except as expressly alleged herein, Defendant lacks sufficient information and belief to admit or deny the remaining allegations contained in said paragraph, and on that basis, denies both generally and specifically the allegations contained in said paragraph.

## COUNT FOUR: VIOLATION OF CA BUSINESS AND PROFESSIONS CODE § 17200 UNFAIR BUSINESS PRACTICES

36.    Answering paragraph 36 of the Complaint, Defendant makes reference to all of its prior answers to each and every paragraph incorporated by reference in paragraph 36 of the Complaint, and by this reference incorporates the same herein as though set forth in full.

37.    Answering paragraph 37 of the Complaint, Defendant alleges that the Labor Code and Wage Orders speak for themselves and are the best evidence of

-7-

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 PARK PLAZA DRIVE
CERRITOS, CALIFORNIA 90703-8597
TELEPHONE: (562) 653-3200 • (714) 826-5480
FACSIMILE: (562) 653-3333

009318.00011/125956v1

1  their respective contents.  Except as expressly alleged herein, Defendant lacks

2  sufficient information and belief to admit or deny the remaining allegations

3  contained in said paragraph, and on that basis, denies both generally and

4  specifically the allegations contained in said paragraph.

5      38.    Answering paragraph 38 of the Complaint, Defendant alleges that the

6  California Unfair Trade Practices Act (California Business and Professions Code §

7  17000, et seq.), speak for themselves and are the best evidence of their respective

8  contents.  Defendant further denies that he owes Plaintiffs any alleged unpaid

9  wages.  Except as expressly alleged herein, Defendant lacks sufficient information

10  and belief to admit or deny the remaining allegations contained in said paragraph,

11  and on that basis, denies both generally and specifically the allegations contained

12  in said paragraph.

13      39.    Answering paragraph 39 of the Complaint, Defendant denies both

14  generally and specifically the allegations contained in said paragraph.

15      40.    Answering paragraph 40 of the Complaint, Defendant alleges that the

16  California Unfair Trade Practices Act (California Business and Professions Code §

17  17000, et seq.), speak for themselves and are the best evidence of their respective

18  contents.  Except as expressly alleged herein, Defendant denies both generally and

19  specifically the allegations contained in said paragraph.

20      41.    Answering paragraph 41 of the Complaint, Defendant denies both

21  generally and specifically the allegations contained in said paragraph.

22      42.    Answering paragraph 42 of the Complaint, Defendant denies that he

23  owes Plaintiffs any alleged unpaid wages.  Except as expressly alleged herein,

24  Defendant lacks sufficient information and belief to admit or deny the remaining

25  allegations contained in said paragraph, and on that basis, denies both generally

26  and specifically the allegations contained in said paragraph.

27      43.    Answering paragraph 43 of the Complaint, Defendant alleges that

28  California Business and Professions Code § 17203, speaks for itself and is the best

-8-

009318.00011/125956v1

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 PARK PLAZA DRIVE
CERRITOS, CALIFORNIA 90703-8597
TELEPHONE: (562) 653-3200 • (714) 826-5480
FACSIMILE: (562) 653-3333

1  evidence of its contents.  Except as expressly alleged herein, Defendant lacks
2  sufficient information and belief to admit or deny the remaining allegations
3  contained in said paragraph, and on that basis, denies both generally and
4  specifically the allegations contained in said paragraph.

## COUNT FIVE: VIOLATION OF CALIFORNIA LABOR CODE § 226
## INADEQUATE PAY STATEMENTS

7  44.  Answering paragraph 44 of the Complaint, Defendant makes
8  reference to all of its prior answers to each and every paragraph incorporated by
9  reference in paragraph 44 of the Complaint, and by this reference incorporates the
10  same herein as though set forth in full.

11  45.  Answering paragraph 45 of the Complaint, Defendant alleges that
12  California Labor Code § 226, speaks for itself and is the best evidence of its
13  contents.  Except as expressly alleged herein, Defendant lacks sufficient
14  information and belief to admit or deny the remaining allegations contained in said
15  paragraph, and on that basis, denies both generally and specifically the allegations
16  contained in said paragraph.

17  46.  Answering paragraph 46 of the Complaint, Defendant alleges that
18  California Labor Code § 226, speaks for itself and is the best evidence of its
19  contents.  Except as expressly alleged herein, Defendant lacks sufficient
20  information and belief to admit or deny the remaining allegations contained in said
21  paragraph, and on that basis, denies both generally and specifically the allegations
22  contained in said paragraph.

23  47.  Answering paragraph 47 of the Complaint, Defendant denies both
24  generally and specifically the allegations contained in said paragraph.

25  48.  Answering paragraph 48 of the Complaint, Defendant denies both
26  generally and specifically the allegations contained in said paragraph.

27  49.  Answering paragraph 49 of the Complaint, Defendant denies both
28  generally and specifically the allegations contained in said paragraph.

-9-
DEFENDANT JOHN W. VOJTECH'S ANSWER TO PLAINTIFFS'
UNVERIFIED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

009318.00011/125956v1

1    50.    Answering paragraph 50 of the Complaint, Defendant denies both

2  generally and specifically the allegations contained in said paragraph.

3    51.    Answering paragraph 51 the Complaint, Defendant alleges that <u>Labor</u>

4  <u>Code</u> § 226eaks for itself and is the best evidence of its contents.    Defendant

5  further denies that Plaintiffs are entitled to attorneys' fees and/or costs in this

6  action.  Except as expressly alleged herein, Defendant lacks sufficient information

7  and belief to admit or deny the remaining allegations contained in said paragraph,

8  and on that basis, denies both generally and specifically the allegations contained

9  in said paragraph.

## AFFIRMATIVE DEFENSES

Defendant is informed and believes and based thereon alleges as follows:

## FIRST AFFIRMATIVE DEFENSE

1.    The Complaint, and its purported claims for relief, fails to state facts

sufficient to constitute a claim for relief against Defendant.

## SECOND AFFIRMATIVE DEFENSE

2.    Defendant cannot be held individually liable for any alleged unpaid

wages and/or penalties, as he was not Plaintiffs' employer.

## THIRD AFFIRMATIVE DEFENSE

3.    Defendant cannot be held individually liable for any alleged unpaid

wages and/or penalties, as he is not an alter-ego of Defendant CBC Framing, Inc.

## FOURTH AFFIRMATIVE DEFENSE

4.    The Court lacks jurisdiction over the claims alleged in the Complaint

or some of the claims alleged in the Complaint.

## FIFTH AFFIRMATIVE DEFENSE

5.    Plaintiffs' claims are barred by the doctrines of exhaustion, abstention

and/or primary jurisdiction in that Plaintiffs have not exhausted their available

administrative remedies.

28

DEFENDANT JOHN W. VOJTECH'S ANSWER TO PLAINTIFFS'
UNVERIFIED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

009318.00011/125956v1

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 PARK PLAZA DRIVE
CERRITOS, CALIFORNIA 90703-8597
TELEPHONE: (562) 653-3200 • (714) 826-5480
FACSIMILE: (562) 653-3333

1

## SIXTH AFFIRMATIVE DEFENSE

2   6.    To each claim for relief in the Complaint, Defendant alleges that

3   recovery thereon is barred or diminished by reason of Plaintiffs' failure to mitigate

4   their alleged damages.

5

## SEVENTH AFFIRMATIVE DEFENSE

6   7.    Plaintiffs' claims for "waiting time" penalties under Labor Code §§

7   201-203 are barred because Defendant had a good faith belief that no such wages

8   were owed and that all wages were properly paid.

9

## EIGHTH AFFIRMATIVE DEFENSE

10   8.    Plaintiffs' claims for "waiting time" penalties under Labor Code §§

11   201-203 must fail because Defendant has not "willfully failed" to pay wages to

12   Plaintiff.

13

## NINTH AFFIRMATIVE DEFENSE

14   9.    Plaintiffs' claim for penalties under Labor Code § 226 is barred

15   because Defendant did not "knowingly and intentionally" fail to comply with its

16   requirements.

17

## TENTH AFFIRMATIVE DEFENSE

18   10.    Plaintiffs lack standing to assert any of the claims in their Complaint.

19

## ELEVENTH AFFIRMATIVE DEFENSE

20   11.    The claims alleged in the Complaint against Defendant are barred in

21   that Plaintiffs ratified by their conduct that all wages due were paid.

22

## TWELFTH AFFIRMATIVE DEFENSE

23   12.    Plaintiffs' actions constitute a total release and waiver of any and all

24   claims which may have existed against Defendant.

25

## THIRTEENTH AFFIRMATIVE DEFENSE

26   13.    Plaintiffs, by reason of their acts, omissions, representations and

27   courses of conduct by which Defendant was led to rely to its detriment, are barred

28   from any recovery herein by virtue of the doctrine of estoppel.

-11-

DEFENDANT JOHN W. VOJTECH'S ANSWER TO PLAINTIFFS'
UNVERIFIED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

009318.00011/125956v1

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 PARK PLAZA DRIVE
CERRITOS, CALIFORNIA 90703-8597
TELEPHONE: (562) 653-3200 • (714) 826-5480
FACSIMILE: (562) 653-3333

1

### FOURTEENTH AFFIRMATIVE DEFENSE

14.    Plaintiffs, by reason of their acts, omissions, representations and courses of conduct which indicate a waiver of any claims against Defendant, is barred from any recovery herein by the doctrine of waiver.

### FIFTEENTH AFFIRMATIVE DEFENSE

15.    If any equitable relief is claimed to be owed to the Plaintiffs as a result of the Complaint on file herein, it is barred as a result of the doctrine of laches.

### SIXTEENTH AFFIRMATIVE DEFENSE

16.    Plaintiffs would be unjustly enriched if they recovered any sums alleged in their Complaint.

### SEVENTEENTH AFFIRMATIVE DEFENSE

17.    The obligations set forth in Plaintiffs' Complaint were fully discharged by Defendant's payment to Plaintiffs of all wages due and were accepted by Plaintiffs in full payment of the obligation.

### EIGHTEENTH AFFIRMATIVE DEFENSE

18.    The Complaint and each and every claim for relief alleged therein is barred by all applicable statutes of limitation, including, but by no means limited to CCP §§ 337-343 and/or Business and Professions Code § 17208.

### NINETEENTH AFFIRMATIVE DEFENSE

19.    Should Plaintiffs recover damages from Defendant, Defendant is entitled to indemnification in whole or in part from all persons or entities whose conduct and/or fault proximately contributed to Plaintiffs' damages, if any.

### TWENTIETH AFFIRMATIVE DEFENSE

20.    Defendant is informed, believes, and on that basis alleges that Plaintiffs agreed to accept and did in fact accept something different or less than that to which they claimed they were entitled to and thereby extinguished their original claim.    Such conduct bars them from any recovery herein under the

-12-

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 PARK PLAZA DRIVE
CERRITOS, CALIFORNIA 90703-8597
TELEPHONE: (562) 653-3200 • (714) 826-5480
FACSIMILE: (562) 653-3333

DEFENDANT JOHN W. VOJTECH'S ANSWER TO PLAINTIFFS' UNVERIFIED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

doctrine of release, accord, satisfaction, ratification, and/or novation.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

21.    If Plaintiffs suffered or sustained any damage or injury, either as alleged in the Complaint or at all, the same was directly and proximately attributed to by the negligence, fraud, recklessness, carelessness, fault and unlawful conduct of Plaintiffs, and damages of Plaintiffs, if any, shall be reduced in proportion to the amount of negligence and/or fault attributed to Plaintiffs.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

22.    If Plaintiffs suffered or sustained any damage or injury, either as alleged in the Complaint or at all, the same was directly and proximately attributed to by the negligence, fraud, recklessness, carelessness, fault and unlawful conduct of other parties or entities, whether or not parties to this action, and damages to Plaintiffs, if any, shall be reduced in proportion to the amount of negligence and/or fault attributed to such other parties or entities, whether or not parties to this action.

### TWENTY-THIRD AFFIRMATIVE DEFENSE

23.    Defendant alleges that the actions of Plaintiffs in concealing their claim and not requesting or indicating additional hours were worked and wages were owed during their employment are guilty of laches which precludes Plaintiffs from pursuing this action under the doctrine of laches and estoppel.

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

24.    Defendant is informed and believes and thereon alleges that some or all of Plaintiffs' claims have been satisfied or released.

### TWENTY-FIFTH AFFIRMATIVE DEFENSE

25.    Plaintiffs' action is barred since Defendant relied in good faith in conformity with and in reliance upon written guidelines, interpretations, and rules promulgated by the DLSE, Industrial Welfare Commission ("IWC"), United States Department of Labor ("DOL"), and upon the administrative practice and

-13-

009318.00011/125956v1

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 PARK PLAZA DRIVE
CERRITOS, CALIFORNIA 90703-8597
TELEPHONE: (562) 653-3200 • (714) 826-5480
FACSIMILE: (562) 653-3333

1  enforcement policies of the DLSE, IWC and DOL.

2  ### TWENTY-SIXTH AFFIRMATIVE DEFENSE

3  26.    If Plaintiffs suffered any injury or damage, any alleged violation of

4  California rules and regulations regarding minimum wage, record-keeping, and/or

5  overtime requirements was made in good faith and Defendant had a reasonable

6  ground for believing he was in compliance with the law.

7  ### TWENTY-SEVENTH AFFIRMATIVE DEFENSE

8  27.    If it is determined that Defendant failed to perform one or more of his

9  obligations under any contract or agreement described in the Complaint,

10 performance of each obligation was excused due to impossibility or

11 impracticability in each instance.

12 ### TWENTY-EIGHTH AFFIRMATIVE DEFENSE

13 28.    Defendant is informed and believes and thereon alleges that some or

14 all of Plaintiffs' claims have been satisfied or released.

15 ### TWENTY-NINTH AFFIRMATIVE DEFENSE

16 29.    Defendant alleges that as between Plaintiffs and Defendant, the

17 equities do not preponderate in favor of Plaintiffs, and accordingly, Plaintiffs are

18 barred from any recovery herein.

19 ### THIRTIETH AFFIRMATIVE DEFENSE

20 30.    Defendant's business practice of paying its employees is not

21 "unlawful" or "unfair" within the meaning of Business and Professions Code §

22 17200 in that Defendant complied with all applicable statutes and regulations.

23 ### THIRTY-FIRST AFFIRMATIVE DEFENSE

24 31.    To the extent that Plaintiffs allege that one or more of Defendant's

25 employees committed any unlawful act or omission, any such act or omission

26 outside course and scope of employment; (2) was not condoned by this answering

27 Defendant; (3) was undertaken without the knowledge or consent of this

28 answering Defendant; and (4) was not the conduct of a class-based nature.

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 PARK PLAZA DRIVE
CERRITOS, CALIFORNIA 90703-8597
TELEPHONE: (562) 653-3200 • (714) 826-5480
FACSIMILE: (562) 653-3333

-14-

DEFENDANT JOHN W. VOJTECH'S ANSWER TO PLAINTIFFS'
UNVERIFIED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

1

### THIRTY-SECOND AFFIRMATIVE DEFENSE

2    32.    Defendant overpaid Plaintiffs, and therefore would be entitled to

3    offset by the amount of any overpayment of any sums that might be awarded in the

4    above-entitled action to Plaintiffs.

5

### THIRTY-THIRD AFFIRMATIVE DEFENSE

6    33.    Plaintiffs' claims for liquidated damages under the federal Fair Labor

7    Standards Act ("FLSA") are barred because California laws and regulations

8    regarding such penalties violate provisions of the United States Constitution and

9    of the California Constitution, place an unreasonable burden on interstate

10   commerce, and constitute unequal protection and denial of due process.

11

### THIRTY-FOURTH AFFIRMATIVE DEFENSE

12   34.    The Complaint and each of its causes of action is frivolous as to

13   Defendant and Defendant is entitled to recover attorney's fees incurred in

14   defending this action pursuant to CCP § 128.5, and other applicable laws.

15

### THIRTY-FIFTH AFFIRMATIVE DEFENSE

16   35.    Defendant presently has insufficient knowledge or information on

17   which to form a belief as to whether Defendant may have additional, as yet,

18   unstated affirmative defenses available.  Defendant reserves herein the right to

19   assert additional defenses in the event that discovery and/or further investigation

20   or research indicates that it would be appropriate.

21   WHEREFORE, Defendant prays for judgment against Plaintiffs as follows:

22   1.    That Plaintiffs take nothing by their Complaint;

23   2.    That the Complaint be dismissed in its entirety with prejudice;

24   3.    For costs of suit incurred herein;

25   4.    For reasonable attorneys' fees, including but not limited to fees

26   mandated under Labor Code § 218.5; and

27

28

DEFENDANT JOHN W. VOJTECH'S ANSWER TO PLAINTIFFS'
UNVERIFIED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 PARK PLAZA DRIVE
CERRITOS, CALIFORNIA 90703-8597
TELEPHONE: (562) 653-3200 • (714) 826-5480
FACSIMILE: (562) 653-3333

009318.00011/125956v1

1    5.    For such other and further relief as the Court may deem just and

2  proper.

3  DATED: July 8, 2008

ATKINSON, ANDELSON, LOYA, RUUD &
4                              ROMO

5

By:
6                              Steven D. Atkinson
7                              Mark T. Palin
Christopher S. Milligan
8                              Attorneys for Defendants CBC
FRAMING, INC. and JOHN VOJTECH

9                    **DEMAND FOR JURY TRIAL**

Defendant demands a jury trial in this action.

10

DATED: July 8, 2008
11
ATKINSON, ANDELSON, LOYA, RUUD &
12                              ROMO

13

14  By:
Steven D. Atkinson
15                              Mark T. Palin
Christopher S. Milligan
16                              Attorneys for Defendants CBC
FRAMING, INC. and JOHN VOJTECH
17

18

19

20

21

22

23

24

25

26

27

28

009318.00011/125956v1