ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Steven D. Atkinson         State Bar No. 59094
Mark T. Palin              State Bar No. 135398
Christopher S. Milligan    State Bar No. 211532
17871 Park Plaza Drive
Cerritos, California 90703-8597
Telephone: (562) 653-3200 • (714) 826-5480
Facsimile: (562) 653-3333

Attorneys for Defendants CBC
FRAMING, INC. and JOHN VOJTECH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS MARTINEZ MENDOZA, JAVIER CABRERA, AURELIANO FLORES,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN W. VOJTECH, CBC FRAMING, INC., A CALIFORNIA CORPORATION AND DOES 1-10,<br><br>Defendant. | CASE NO.:   CV 08-01675 HRL<br><br>**JOINT STIPULATION FOR DISMISSAL OF DEFENDANT JOHN W. VOJTECH WITHOUT PREJUDICE; [PROPOSED] ORDER THEREON**<br><br>[Fed. R. Civ. Proc. 41(a)(1) and (2)] |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that Defendant John W. Vojtech should be and hereby is dismissed from this action without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) and (2).

///

///

///

DATED: July 7, 2008

LAW OFFICES OF JAMES DAL BON

By: /S/
James Dal Bon
Attorneys for Plaintiffs

DATED: July 7, 2008

ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: /S/
Christopher S. Milligan
Attorneys for Defendants CBC FRAMING, INC. and JOHN VOJTECH

## [PROPOSED] ORDER

IT IS SO ORDERED that Defendant John W. Vojtech is dismissed from this action without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) and (2).

**IT IS SO ORDERED.**

DATED: _____

_____
UNITED STATES DISTRICT JUDGE