# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

## Civil Minute Order

Date:   July 22, 2008                             Time in Court: 7 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

**TITLE:**  Jesus Martinez Mendoza, et. al. v. John W. Vojtech, et. al.
**CASE NUMBER**: C08-01675HRL
Plaintiff Attorney present: Not Present
Defendant Attorney present: Peter Sturges

**PROCEEDINGS: Case Management Conference**

Parties are referred to mediation.

Jury trial scheduled for January 26, 2009 with a pretrial conference scheduled for January 20, 2009.

Court to issue written order.