United States District Court
For the Northern District of California

*E-filed 7/22/08*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESUS MARTINEZ MENDOZA, JAVIER CABRERA, AURELANO FLORES, | Case No. C08-01675 HRL |
| Plaintiffs, | |
| v. | **CASE MANAGEMENT SCHEDULING ORDER** |
| JOHN W. VOJTECH, CBC FRAMING, INC., A CALIFORNIA CORPORATION, AND DOES 1-10, | |
| Defendants. | |

The order that follows is based on the discussion at the July 22, 2008 Case Management Conference and the previously filed Joint Case Management Statement.

The court adopts the parties' statement of disputed factual and legal issues as set forth in the Joint Case Management Statement. The presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply.

The parties have agreed to court-sponsored mediation for purposes of ADR. However, if the case has not settled, the parties shall contact the chambers of Magistrate Judge Trumbull well in advance of the Pretrial Conference to arrange a Settlement Conference to take place just prior to the Pretrial Conference.

The following schedule shall also apply to this case:

Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . December 8, 2008

Designation of Experts with Reports . . . . . . . . . . . . . . . . . . . . . . . . . . . . December 8, 2008

Designation of Rebuttal Experts with Reports . . . . . . . . . . . . . . . . . . . . December 22, 2008

Expert Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . December 29, 2008

Last Day for Hearings on Dispositive Motions . . . . . . . . . . January 6, 2009 at 10:00 a.m.

Final Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . January 20, 2009 at 1:30 p.m.

Jury Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . January 26, 2009

Any motions to compel fact discovery must be filed no later than seven court days after the Fact Discovery Cutoff, and any motions to compel expert discovery must be filed no later than seven court days after the Expert Discovery Cutoff.  (See Civ. L.R. 26-2).

Furthermore, the parties shall comply with the court's Standing Order re: Pretrial Preparation with respect to the timing and content of the Joint Pretrial Statement, and other pretrial submissions.[1]

**IT IS SO ORDERED.**

Dated: 7/22/08

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] Parties may obtain copies of all of Judge Lloyd's standing orders from the clerk of the court, or from Judge Lloyd's page on the court's website (www.cand.uscourts.gov).

2

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

jdblaw@earthlink.net
cmilligan@aalrr.com

**Counsel are responsible for transmitting this order to co-counsel who have not signed up for e-filing.**

Dated: 7/22/08

/s/  mpk
Chambers of Magistrate Judge Howard R. Lloyd