*E-filed 7/22/08*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESUS MARTINEZ MENDOZA, JAVIER CABRERA, AURELANO FLORES,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN W. VOJTECH, CBC FRAMING, INC., A CALIFORNIA CORPORATION, AND DOES 1-10,<br><br>Defendants.<br>_____/ | Case No. C08-01675 HRL<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO APPEAR** |

Counsel for plaintiff did not appear at the scheduled case management conference on July 22, 2008. Accordingly, IT IS ORDERED THAT counsel for Plaintiff, Mr. Dal Bon, shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street on **August 5, 2008 at 1:30 p.m.** and show cause why he should not be sanctioned.

**IT IS SO ORDERED.**
Dated: 7/22/08

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

jdblaw@earthlink.net

cmilligan@aalrr.com

**Counsel are responsible for transmitting this order to co-counsel who have not signed up for e-filing.**

Dated: 7/22/08

                                          /s/ mpk
                               Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California