ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Steven D. Atkinson        State Bar No. 59094
Mark T. Palin             State Bar No. 135398
Christopher S. Milligan   State Bar No. 211532
17871 Park Plaza Drive
Cerritos, California 90703-8597
Telephone: (562) 653-3200 • (714) 826-5480
Facsimile: (562) 653-3333

*e-filed 7/23/08*

Attorneys for Defendants CBC
FRAMING, INC. and JOHN VOJTECH

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS MARTINEZ MENDOZA, JAVIER CABRERA, AURELIANO FLORES,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN W. VOJTECH, CBC FRAMING, INC., A CALIFORNIA CORPORATION AND DOES 1-10,<br><br>Defendant. | CASE NO.:   CV 08-01675 HRL<br><br>**JOINT STIPULATION FOR DISMISSAL OF DEFENDANT JOHN W. VOJTECH WITHOUT PREJUDICE; [PROPOSED] ORDER THEREON**<br><br>[Fed. R. Civ. Proc. 41(a)(1) and (2)] |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that Defendant John W. Vojtech should be and hereby is dismissed from this action without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) and (2).

/ / /

/ / /

/ / /

---

```
 1  DATED: July 7, 2008
 2                                          LAW OFFICES OF JAMES DAL BON
 3
 4                                          By: /S/ _____
                                                James Dal Bon
 5                                              Attorneys for Plaintiffs

 6  DATED: July 7, 2008
 7                                          ATKINSON, ANDELSON, LOYA, RUUD &
                                            ROMO
 8
 9
                                            By: /S/ _____
10                                              Christopher S. Milligan
                                                Attorneys for Defendants CBC
11                                              FRAMING, INC. and JOHN VOJTECH
12
```

## [PROPOSED] ORDER

IT IS SO ORDERED that Defendant John W. Vojtech is dismissed from this action without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) and (2).

**IT IS SO ORDERED.**

DATED: 7/22/08

_____
UNITED STATES Magistrate JUDGE

-2-
JOINT STIPULATION FOR DISMISSAL OF DEFENDANT JOHN W. VOJTECH WITHOUT PREJUDICE; [PROPOSED] ORDER THEREON