# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

# Civil Minute Order

Date:   August 5, 2008                                    Time in Court: 2 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

**TITLE:**  Jesus Martinez Mendoza et al v. John W. Vojtech, et. al.
**CASE NUMBER**: C08-01675HRL
Plaintiff Attorney present: James Dal Bon
Defendant Attorney present: Not present

**PROCEEDINGS: Show Cause Hearing**

Court conducts a Show Cause Hearing re: Failure to Appear.

Counsel is sanctioned $250.00.