United States District Court
For the Northern District of California

*e-filed 8/7/08*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JESUS MARTINEZ MENDOZA, JAVIER CABRERA, AURELANO FLORES,

Plaintiffs,

v.

JOHN W. VOJTECH, CBC FRAMING, INC., A CALIFORNIA CORPORATION, AND DOES 1-10,

Defendants

_______________________________________/

No. C08-01675 HRL

**ORDER RE SANCTIONS**

This court ordered plaintiff's counsel to appear and show cause why he should not be sanctioned for failure to appear at a July 22, 2008 case management conference. Based upon the discussion held at the August 5, 2008 hearing, the court finds no good cause for the failure to appear. Accordingly, the court sanctions James Dal Bon the amount of $250.00 to be paid forthwith to the Clerk of the Court.

IT IS SO ORDERED.

Dated: 8/6/08



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:06-cv-400 Notice will be electronically mailed to:**

jdblaw@earthlink.net
cmilligan@aalrr.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**



United States District Court
For the Northern District of California