# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Mendoza,<br><br>　　　　　　Plaintiff(s),<br><br>　　v.<br><br>Vojtech,<br><br>　　　　　　Defendant(s). | 08-01675 HRL MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　　The court notifies the parties and counsel that the Mediator assigned to this case is:

　　　　　　**Stephen H. Sulmeyer, J.D., Ph.D.**
　　　　　　Mediation Offices of Stephen H. Sulmeyer, J.D., Ph.D.
　　　　　　100 Tamal Plaza, Suite 170
　　　　　　Corte Madera, CA 94925
　　　　　　415-927-7419
　　　　　　steve@stevesulmeyer.com

　　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-01675 HRL MED　　　　　　　　- 1 -

1    Counsel are reminded that the written mediation statements required by the ADR
2 L.R. 6-7 shall NOT be filed with the court.

4 Dated: August 26, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
08-01675 HRL MED                     - 2 -