ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Steven D. Atkinson     State Bar No. 59094
Mark T. Palin          State Bar No. 135398
Christopher S. Milligan  State Bar No. 211532
17871 Park Plaza Drive
Cerritos, California 90703-8597
Telephone: (562) 653-3200 • (714) 826-5480
Facsimile: (562) 653-3333

Attorneys for Defendant CBC FRAMING, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS MARTINEZ MENDOZA, JAVIER CABRERA, AURELIANO FLORES,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN W. VOJTECH, CBC FRAMING, INC., A CALIFORNIA CORPORATION AND DOES 1-10,<br><br>Defendant. | CASE NO.:   CV 08-01675 HRL<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)(1) and (2)]** |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-referenced lawsuit should be and hereby is dismissed from this action without prejudice pursuant to Federal Rules of Civil Procedure ("FRCP"), Rule 41(a)(1) and (2).

/ / /

/ / /

/ / /

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 PARK PLAZA DRIVE
CERRITOS, CALIFORNIA 90703-8597
TELEPHONE: (562) 653-3200 • (714) 826-5480
FACSIMILE: (562) 653-3333

DATED: December 5, 2008

LAW OFFICES OF JAMES DAL BON

By: _____/s/_____
James Dal Bon
Attorneys for Plaintiffs

DATED: December 8, 2008

ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: _____/s/_____
Christopher S. Milligan
Attorneys for Defendant CBC FRAMING, INC.

### [PROPOSED] ORDER

**IT IS SO ORDERED** that the above-captioned action be dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) and (2).

**IT IS SO ORDERED.**

DATED: __12/10/08_____

_____
UNITED STATES MAGISTRATE JUDGE